Alexander Chen [SBN 245798]
Alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
Tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: 949-250-1555
Facsimile: 714-882-7770

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOPFIRE LIMITED**, a foreign company; **HK MIUSON INTERNATIONAL CO., LIMITED**, a foreign company; **JIANGGONGXIUSHENZHENGUOJI-MAOYIYOUXIANGONGSI**, a foreign company; foreign company; and **SHENZHENSHILINGBINQIPEI-YOUXIANGONGSI**, a foreign company.<br><br>          Plaintiffs,<br><br>v.<br><br>**BENJAMIN D. COOK.**, an individual; and **DOES 1 through 10**, inclusive.<br><br>          Defendants. | Case No. 2:23-cv-02503-DAD-JDP<br><br><br>**ANSWER TO COUNTER-CLAIM OF DEFENDANT/CROSS-CLAIMANT BENJAMIN D. COOK** |
| **AND RELATED CROSS-ACTIONS** | |

Plaintiffs/Counter-defendants, Topfire Limited, HK Miuson International Co., Limited, Shenzhenshilingbinqipeiyouxiangongsi, and Jianggongxiushenzhenguojimaoyiyouxiangongsi, hereby submits its answer to Defendant/Cross-claimant, Benjamin D. Cook's Counter-Claim as set forth below.

In response to all paragraphs of the Counterclaims, Plaintiffs/Counter-defendants deny each and every allegation except as expressly admitted herein.

### JURISDICTION

1.    Admits that this Court has subject matter jurisdiction.

2.    Admits that this Court has personal jurisdiction.

3.    Denies the allegations in paragraph 3.

4.    Denies the allegations in paragraph 4.

### VENUE

5.    Admits Venue is proper in this District.

6.    Admits Venue is proper in this District.

### PARTIES

7.    Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

8.    Admits.

9.    Admits.

10.    Admits.

11.    Admits.

### PATENT-IN-SUIT

12.    There is no allegation asserted in paragraph 12, and therefore no response is required.

13.    Denies paragraph 13 of the Counterclaims that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

14.    Denies paragraph 14 of the Counterclaims that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

## INFRINGEMENT OF THE '539 PATENT

15. There is no allegation asserted in paragraph 15, and therefore no response is required.

16. Denies paragraph 16 of the Counterclaims that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

17. Denies.

18. Denies.

19. Denies.

20. Denies.

21. Denies.

22. Denies

## PRAYER FOR RELIEF

This paragraph, including subsections (a) through (h) inclusive, of Defendant's Counterclaims comprises a part of Defendant's prayer for relief and therefore requires no response. To the extent a response is required, Plaintiffs deny that Defendant is entitled to any relief from the court.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Counterclaims fail to state a claim upon which relief may be granted. In particular, the Counterclaims fail to provide any factual support for any of the claims from which the Court could conclude that Plaintiffs/Cross-defendants are liable for any claim.

INHOUSE CO. LAW FIRM

## SECOND AFFIRMATIVE DEFENSE

### (Non-Infringement)

Plaintiffs have not infringed, nor is it infringing, the '539 Patent directly, indirectly, literally or under the doctrine of equivalents.

## THIRD AFFIRMATIVE DEFENSE

### (Invalidity)

The '539 Patent is invalid for failing to satisfy at least one of the requirements of patentability set forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

## FOURTH AFFIRMATIVE DEFENSE

### (Limitation of Damages)

Defendant/Cross-claimant's claims for damages and costs are limited by 35 U.S.C. §§ 286, 287, and/or 288.

## FIFTH AFFIRMATIVE DEFENSE

### (Patent Misuse)

Defendant/Cross-claimant's Counterclaims are barred, in whole or in part, by patent misuse.

## SIXTH AFFIRMATIVE DEFENSE

### (Latches)

Defendant/Cross-claimant's action is barred, in whole or in part, under the doctrine of waiver, stopper, laches, ratification and/or acquiescence.

## DEMAND FOR JURY TRIAL

Plaintiffs/Cross-defendants hereby request a jury trial for all issues triable by jury.

DATED: December 27, 2023        **INHOUSE CO. LAW FIRM**

By: /s/ Alexander Chen
        Alexander Chen, Esq.
        Katja M. Grosch, Esq.
        Theodore S. Lee, Esq.
        Attorneys for Plaintiffs