Alexander Chen [SBN 245798]
Alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
Tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: 949-250-1555
Facsimile: 714-882-7770

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOPFIRE LIMITED**, a foreign company; **HK MIUSON INTERNATIONAL CO., LIMITED**, a foreign company; **JIANGGONGXIUSHENZHENGUOJI-MAOYIYOUXIANGONGSI**, a foreign company; foreign company; and **SHENZHENSHILINGBINQIPEI-YOUXIANGONGSI**, a foreign company.<br><br>Plaintiffs,<br><br>v.<br><br>**BENJAMIN D. COOK.**, an individual; and **DOES 1 through 10**, inclusive.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:23-cv-02503-DAD-JDP<br><br>**NOTICE OF WITHDRAWAL OF OPENING CLAIM CONSTRUCTION BRIEF (ECF #35)** |

**TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs herein hereby withdraw their Opening Claim Construction Brief (ECF No. 35).

The Opening Claim Construction Brief filed on October 4, 2024, was filed in error and should be disregarded in its entirety.

DATED: October 11, 2024

**INHOUSE CO. LAW FIRM**

By: /s/ Alexander Chen
    Alexander Chen, Esq.
    Katja M. Grosch, Esq.
    Theodore S. Lee, Esq.
    Attorneys for Plaintiffs