Louis F. Teran (SBN 249494)
lteran@slclg.com
SLC LAW GROUP
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Telephone: (818) 484-3217 x200
Facsimile: (866) 665-8877

Attorneys for Defendant
Benjamin D. Cook

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TOPFIRE LIMITED, et al.,

          Plaintiffs,

   v.

BENJAMIN D. COOK,

          Defendant.

---

BENJAMIN D. COOK,

          Counter-Claimant,

   v.

TOPFIRE LIMITED, et al.,

          Counter-Defendant

Case No.: 2:23-cv-02503-DAD-JDP

**DECLARATION OF LOUIS F. TERAN**

I, Louis F. Teran, declare as follows:

1. I am counsel for all Defendant Benjamin D. Cook ("Defendant") in this action. I am more than 21 years old and am competent to give this Declaration. The facts stated in this declaration are based on my personal knowledge and are true and correct.

2. I hereby submit this declaration in support of Defendant's Motion for Partial Summary Judgment.

3. Attached hereto as **Exhibit A** are the true and correct copy of U.S. Patent No. 11,772,539 ("the '539 Patent").

4. Attached hereto as **Exhibit B** is a true and correct copy of the definition of the word "cantilever" that I downloaded and printed on February 3, 2026, from the website located at www.merriam-webster.com. The specific URL address for this particular website is located at https://www.merriam-webster.com/dictionary/cantilever.

5. Attached hereto as **Exhibit C** is a true and correct copy of the definition of the word "integrate" that I downloaded and printed on February 3, 2026, from the website located at www.merriam-webster.com. The specific URL address for this particular website is located at https://www.merriam-webster.com/dictionary/integrate.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2026, in Pasadena, California.


By:_____

    Louis F. Teran

    Attorney for
    Defendant/Counter-Claimant
    Benjamin D. Cook

# EXHIBIT A

US011772539B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 11,772,539 B2**
Cook　　　　　　　　　　　　　　　　　　(45) **Date of Patent:**　　**\*Oct. 3, 2023**

(54) **CUPHOLDER AND ADAPTER FOR LARGE CONTAINERS DURING VEHICLE USE**

(71) Applicant: **Benjamin Cook**, Lincoln, CA (US)

(72) Inventor: **Benjamin Cook**, Lincoln, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/137,864**

(22) Filed: **Apr. 21, 2023**

(65)　　　　**Prior Publication Data**

US 2023/0256881 A1　　　Aug. 17, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/592,418, filed on Feb. 3, 2022, now Pat. No. 11,660,995.

(60) Provisional application No. 63/146,581, filed on Feb. 6, 2021.

(51) **Int. Cl.**
　　**B60N 3/10**　　　　　(2006.01)
(52) **U.S. Cl.**
　　CPC ............. **B60N 3/103** (2013.01); **B60N 3/105** (2013.01)
(58) **Field of Classification Search**
　　CPC .................................. B60N 3/103; B60N 3/105
　　USPC ........................................................ 224/544
　　See application file for complete search history.

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,854,468 A | * | 8/1989 | Dahlquist, II | ......... B60N 3/103 248/346.11 |
| 5,285,953 A | * | 2/1994 | Smith | ............... A47G 23/0216 220/737 |

| | | | | |
|---|---|---|---|---|
| 5,330,145 A | * | 7/1994 | Evans | .................... B60N 3/107 224/547 |
| 5,560,578 A | * | 10/1996 | Schenken | .............. B60N 3/106 248/229.21 |
| 5,655,742 A | * | 8/1997 | Whitman | ............... B60N 3/103 248/311.2 |
| 5,676,340 A | * | 10/1997 | Ruhnau | ................... B60N 3/103 248/314 |
| 6,113,049 A | * | 9/2000 | Miljanich | .............. B60N 3/103 248/314 |
| 6,705,580 B1 | * | 3/2004 | Bain | ....................... B60N 3/106 248/311.2 |
| 10,562,430 B1 | * | 2/2020 | Veillon | .................. B60N 3/103 |
| 10,609,872 B2 | * | 4/2020 | Rentzhog | ............... A01G 9/042 |

(Continued)

*Primary Examiner* — Nathan J Newhouse

*Assistant Examiner* — Lester L Vanterpool

(74) *Attorney, Agent, or Firm* — My Patent Guys; Christopher Pilling

(57)　　　　　**ABSTRACT**

A cupholder adapter configured for use with an existing cupholder on a vehicle is provided. The cupholder adapter includes a cylindrical cupholder having a hollow internal volume, a collar attached to a top portion of the cylindrical cupholder, wherein the collar includes a plurality of tabs extending perpendicularly into the hollow internal volume, and an adapter base coupled to the cylindrical cupholder, wherein the adapter base includes a plurality of legs configured to expand and retract such that the diameter of the adapter base is configured to expand from a minimum diameter to a maximum diameter. The plurality of tabs includes tabs of different lengths and widths which enables and accommodates wide, tall, and narrow beverage containers during vehicle use. The adapter base is configured to install into the recessed cupholder near the console of most vehicles.

**7 Claims, 16 Drawing Sheets**



**US 11,772,539 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| 11,254,253 B1 * | 2/2022 | Fan | .......................... | B60N 3/106 |
| 11,447,053 B1 * | 9/2022 | Fan | .......................... | B60N 3/106 |
| 2017/0108269 A1 * | 4/2017 | Shin | .......................... | F25B 21/02 |

* cited by examiner



FIG. 1

103

103A

103B



FIG. 2

103



104

FIG. 3

100

200



FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8

FIG. 9



FIG. 10

FIG. 11



FIG. 12

202

FIG. 13



FIG. 14

FIG. 15



203

FIG. 16



200

201

FIG. 17

201A



FIG. 18

201B



FIG. 19



300

301

FIG. 20

400



FIG. 21



100

202A & 202B

200

FIG. 22



202A
202B
202C

FIG. 23



FIG. 24

US 11,772,539 B2

**1**

# CUPHOLDER AND ADAPTER FOR LARGE CONTAINERS DURING VEHICLE USE

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application in a continuation to Nonprovisional application Ser. No. 17/92,418, filed Feb. 3, 2022 which claims priority to provisional application 63/146,581, filed on Feb. 6, 2021, the disclosure of which is hereby incorporated in its entirety at least by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to cupholders but more particularly to a cupholder and adapter for large containers during vehicle use.

### 2. Description of Related Art

Cupholders provided by most motor vehicles are recessed into a center console area or dashboard area of the vehicle. The cupholders are several inches in diameter and fully accommodate narrow and short containers such as disposable cardboard beverage cups and standard carbonated soda cans. Taller or wider containers either cannot fit at all or fit in a manner wherein the container may tip over or rattle about. Such problems may lead to spillage and potential danger to the vehicle and its occupants. Consequently, a cupholder and adapter for large containers during vehicle use is provided.

## BRIEF SUMMARY OF THE INVENTION

The following presents a simplified summary of some embodiments of the invention in order to provide a basic understanding of the invention. This summary is not an extensive overview of the invention. It is not intended to identify key/critical elements of the invention or to delineate the scope of the invention. Its sole purpose is to present some embodiments of the invention in a simplified form as a prelude to the more detailed description that is presented later.

In one aspect of the invention, a cupholder adapter configured for use with an existing cupholder on a vehicle is provided, the cupholder adapter comprising a cylindrical cupholder having a hollow internal volume; a collar attached to a top portion of the cylindrical cupholder, wherein the collar includes a plurality of tabs extending perpendicularly into the hollow internal volume; an adapter base coupled to the cylindrical cupholder, wherein the adapter base includes a plurality of legs configured to expand and retract such that the diameter of the adapter base is configured to expand from a minimum diameter to a maximum diameter.

In one embodiment, the plurality of legs are configured to expand and retract via rotation of the cupholder. In one embodiment, the cylindrical cupholder is configured to be coupled to the adapter base in a variety of configurations including at least (a) the cylindrical cupholder's axis is aligned with the adapter base's axis; and (b) the cylindrical cupholder's axis is not aligned with the adapter base's axis. In another embodiment, an attachment member positioned on a bottom surface of the cylindrical cupholder is provided, wherein the attachment member enables the coupling of the adapter base and the cylindrical cupholder via a mounting

**2**

spacer attached to the adapter base. In one embodiment, the attachment member comprises a number of mounting holes and the mounting spacer comprises a number of protrusions including a central protrusion having a hole, wherein a mounting hole of the number of mounting holes is configured to align with the central protrusion such that a fastener can extend through the mounting hole and the hole of the central protrusion. In another embodiment, the number of mounting holes of the attachment member enables multiple configuration of the cylindrical cupholder in relation to the adapter base including an aligned configuration and off-set configuration. In one embodiment, at least one spacer positioned between the cylindrical cupholder and the adapter base is provided. In one embodiment, a screw gear is provided to enable the movement of the plurality of legs via rotation. In one embodiment, the minimum diameter is approximately 2.6 inches and the maximum diameter is approximately 3.8 inches. In one embodiment, the plurality of tabs comprises tabs of varying length and width.

In another aspect of the invention, a cupholder adapter configured for use with an existing cupholder on a vehicle is provided, the cupholder adapter comprising a cylindrical cupholder having a hollow internal volume; an adapter base coupled to the cylindrical cupholder, wherein the adapter base includes a plurality of legs configured to expand and retract such that the diameter of the adapter base is configured to expand from a minimum diameter to a maximum diameter.

In yet another aspect of the present invention, a cupholder adapter configured for use with an existing cupholder on a vehicle is provided, the cupholder adapter comprising a cylindrical cupholder having a hollow internal volume; an adapter base coupled to the cylindrical cupholder; and, wherein the cylindrical cupholder is configured to be coupled to the adapter in at least two configurations: (a) the cylindrical cupholder's axis is aligned with the adapter base's axis; and, (b) the cylindrical cupholder's axis is not aligned with the adapter base's axis.

The foregoing has outlined rather broadly the more pertinent and important features of the present disclosure so that the detailed description of the invention that follows may be better understood and so that the present contribution to the art can be more fully appreciated. Additional features of the invention will be described hereinafter which form the subject of the claims of the invention. It should be appreciated by those skilled in the art that the conception and the disclosed specific methods and structures may be readily utilized as a basis for modifying or designing other structures for carrying out the same purposes of the present disclosure. It should be realized by those skilled in the art that such equivalent structures do not depart from the spirit and scope of the invention as set forth in the appended claims.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

Other features and advantages of the present invention will become apparent when the following detailed description is read in conjunction with the accompanying drawings, in which:

FIG. **1** is a perspective view of a cupholder according to an embodiment of the invention.

FIG. **2** is a perspective view of the collar of the cupholder of FIG. **1**.

FIG. **3** is a top view of FIG. **2**.

3

FIG. **4** is a top view of the cupholder mounted off-center from the adapter according to an embodiment of the present invention.

FIG. **5** is a side view of FIG. **4**.

FIG. **6** is a top view of the cupholder mounted in the center of the adapter according to an embodiment of the present invention.

FIG. **7** is a side view of FIG. **6**.

FIG. **8** is a perspective bottom view of the cupholder showing the attachment member according to an embodiment of the present invention.

FIG. **9** is a bottom view of FIG. **8**.

FIG. **10** is a side view of the cupholder showing the attachment member according to an embodiment of the present invention.

FIG. **11** is a perspective view of the adapter with a mounting spacer according to an embodiment of the present invention.

FIG. **12** is a bottom view of the mounting spacer according to an embodiment of the present invention.

FIG. **13** is a perspective view of FIG. **12**.

FIG. **14** is a perspective view of the adapter showing the scroll gear according to an embodiment of the present invention.

FIG. **15** is a bottom view of the scroll gear showing the scroll thread according to an embodiment of the present invention.

FIG. **16** is a top view of the scroll gear according to an embodiment of the present invention.

FIG. **17** is a perspective view of the adapter with the legs expanded according to an embodiment of the present invention.

FIG. **18** is a cutaway view of the legs expanded.

FIG. **19** is a cutaway view of the legs retracted.

FIG. **20** is an exemplary of a manufacturer-installed cupholder in a vehicle showing a lid partially blocking the cupholder.

FIG. **21** is an exemplary of a manufacturer-installed deep cupholder in a vehicle.

FIG. **22** is a perspective view of the present invention with two spacers installed according to an embodiment of the present invention.

FIG. **23** is a perspective view of the present invention with three spacers installed according to an embodiment of the present invention.

FIG. **24** is a perspective view of the present invention with one spacer installed according to an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The following description is provided to enable any person skilled in the art to make and use the invention and sets forth the best modes contemplated by the inventor of carrying out his invention. Various modifications, however, will remain readily apparent to those skilled in the art, since the general principles of the present invention have been defined herein to specifically provide a cupholder and adapter for large containers during vehicle use.

It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting. The terms "a" or "an," as used herein, are defined as to mean "at least one." The term "plurality," as used herein, is defined as two or more. The term "another," as used herein, is defined as at least a second or more. The terms "including" and/or "having," as used

4

herein, are defined as comprising (i.e., open language). The term "coupled," as used herein, is defined as connected, although not necessarily directly, not necessarily mechanically, and not permanent. The term "providing" is defined herein in its broadest sense, e.g., bringing/coming into physical existence, making available, and/or supplying to someone or something, in whole or in multiple parts at once or over a period of time. As used herein, the terms "about," "generally," or "approximately" apply to all numeric values, whether or not explicitly indicated. These terms generally refer to a range of numbers that one of skill in the art would consider near the stated amount by about 0%, 5%, or 10%, including increments therein. In many instances these terms may include numbers that are rounded to the nearest significant figure.

Referring now to accompanying FIGS. **1-3**, a cupholder **100** of the present invention is illustrated. In one embodiment, the cupholder **100** comprises a generally cylindrical housing **101** having a gap **102** enabling the use of beverage containers having handles to be used. In one embodiment, the cupholder **100** includes a collar **103** having a plurality of tabs **104**, wherein the plurality of tabs **104** are of differing sizes and lengths. The plurality of tabs of differing lengths and widths are attached at the top of the cupholder via the collar and point horizontally inward toward the center area of the cupholder. Advantageously, as the tabs are of varying lengths, they are configured to promote stabilization of beverage containers, such as travel cups, water bottles, juice bottles, and carbonated beverage cans of varying widths. The shorter tabs are configured to stabilize cups and cans that are relatively wide. By contrast, the adjacent tabs that are long and extend further inward stabilize containers that are narrow and that might otherwise tip or rattle about while the vehicle is in motion.

Further, the tabs are sufficiently wide to hold large and wide containers that may be too wide to fit in the standard cupholder provided by many motor vehicles. With its width and the aforementioned tabs of varying lengths along with an adapter base that is configured to fit into the cupholder of most vehicles, the cupholder provided herein can accommodate many wide containers and hold them steady as a vehicle rounds corners and encounters rough surfaces. This will be discussed in greater details below.

In one embodiment, the cupholder **100** is configured to hold containers up to approximately 3.85″ in diameter, as well as containers down to approximately 2.8″ in diameter. In addition, the cupholder provides better support for tapered bottles.

In one embodiment, the plurality of tabs **104** are constructed from a thin, flexible material, such that they may bend fairly easily when a bottle is inserted. In one embodiment, the tabs are constructed of rubber. Otherwise, it would be difficult to insert or remove the bottle. The majority of rubber tabs/flaps in the prior art protrude in a perpendicular manner and are bent down when a bottle is inserted. However, if the tabs remain unbent, and can stay perpendicular to the side of the container, it provides significantly more support for the container and help prevent tipping even when the host vehicle may be turning or braking hard. Thus, the tabs of the present invention are configured to remain unbent and remain perpendicular to the side of the container during use. In one embodiment, the plurality of tabs include a large tab and a small tab, wherein the large tab is approximately 31 mm wide and 16 mm long (at the longest point where the tab extends toward center area of the cupholder) and the

**5**

small tab is approximately 19 mm wide and 9.5 mm long. In one embodiment, the thickness of the plurality of tabs is approximately 1.75 mm.

Advantageously, with multiple length tabs, the cupholder **100** is configured to be used with almost any size bottle without having to make adjustments. The size of the bottle will determine which tabs stay perpendicular and which tabs bend. In some instances, some bottles may end up slightly off-center and a combination of some of the large tabs and some small tabs will stay perpendicular and provide support.

Referring now to FIGS. **4-5**, the cupholder **100** is shown attached to an adapter **200**, wherein the attachment is offset. The adapter **200** is configured to act as the base for the cupholder **100**. Advantageously, the adapter **200** acts as a base having extendable and retractable leg members **201** enabling the adapter to fit into the existing cupholder of the hosting vehicle (such as the cupholders shown in FIGS. **20** and **21**). The adapter **200** may be manipulated to tighten (via extending the leg members **201**) within the cupholder of the vehicle and provide stability. This will be discussed in further details below. In one embodiment, a spacer **202** is positioned between the adapter **200** and cupholder **100**. The spacer **202** enables the cupholder **100** to be free of an existing cupholder's dimensions. In some embodiments, more than one spacer may be used. This will be discussed in further details below.

As seen in FIG. **20**, in some situations, existing cupholders **300** often have an obstruction such as lid **30** that limits the use of some beverage containers from being used. Thus, the cupholder **100** of the present invention may be off-set from the adapter to avoid the obstructions. That is, the cupholder is not symmetrically positioned above the adapter, wherein the axis of the cupholder is not aligned with the axis of the adapter. This functionality permits the adapter **200** to be installed firmly into the vehicle's own cupholder (such as **300**) but for the cupholder **100** provided herein to be moved "off to the side" or away from the obstruction or existing component of the vehicle that would otherwise be blocking the cupholder of the present invention. Alternatively, as shown in FIGS. **6** and **7** the cupholder **100** may be installed and aligned symmetrically over the adapter, i.e. not off-set.

Referring now to FIGS. **8-13**, various views of the attachment member **110** and spacer **202** are illustrated. The method of attachment between the cupholder **100** and adapter **200** will be described below. In one embodiment, the cupholder **100** includes an attachment member **110** positioned on a bottom surface of the cupholder. In one embodiment, the attachment member **100** includes four mounting holes **111**, wherein the holes **111** are configured to align with a number of protrusions **210** provided in spacer **202**. The hole/protrusion combination determines how the cupholder **110** sits on the adapter, i.e. centered or off-set. In one embodiment, the attachment member **110** is offset, wherein a mounting hole is positioned in the center of the bottom surface of the cupholder (best seen in FIG. **9**). Best seen in FIGS. **11** and **13**, in one embodiment, the central protrusion of protrusion **210** includes a hole **211** such that a fastener **500** (FIG. **6**) may be used to attach the cupholder to the spacer (and in turn the adapter). When the fastener is used, the other protrusions provide support with their connection to the corresponding mounting holes. In one embodiment, the fastener is a bolt, and a user would need to unscrew the bolt from the bottom of the cupholder **100**, lift the cupholder off the spacer **202**, and reposition the cupholder such that an "off center" hole on attachment member **110** is positioned over the center protrusion of protrusions **210** of the spacer. This action may enable the large and wide cupholder **100** to

**6**

be securely positioned upright in the vehicle and not be blocked by the vehicle's console lid, emergency brake, gear shift, or other protruding component as shown in the arrangement of FIGS. **4-5**. It should be understood, that although four mounting holes and eight corresponding protrusions are illustrated, the number of mounting holes and/or protrusions may vary.

Referring now to FIGS. **14-19**, a mechanism of the adapter enabling the legs to expand and retract is illustrated. As previously mentioned, it is a particular advantage of the present invention to provide an adapter **200** which acts a base for the cupholder of the present invention, wherein the adapter is configured to be positioned within an existing cupholder of a vehicle. In one embodiment, the adapter **200** comprises retractable and expandable legs **201** configured to press against the inside surface of the vehicle's cupholder. In one embodiment, the legs may be retracted or expanded via turning the coupled cupholder of the present invention. Advantageously, this allows the adapter to fit more snugly within the existing cupholder providing stability. It also allows the adapter to be used in different sized cupholders, wherein ultimately the present invention can accommodate a variety of beverage container sizes with a variety of vehicle cupholder sizes. The configurability allows beverage containers, in particular wide beverage containers, to be accommodated that otherwise would not fit in an existing vehicle cupholder, while providing features to ensure stability of the beverage within the cupholder and the adapter within the existing vehicle cupholder.

In one embodiment, a screw gear **203** is provided on a top portion of the adapter, wherein the top of the legs include gear teeth, such that the spiral-shaped thread engages the gear teeth causing the legs to horizontally expand or contract depending on the direction of the rotation. The adapter and screw gear **203** is attached to the bottom of the spacer, which is attached to the cupholder, such that rotating the cupholder activates the screw gear **203**. The fully contracted position **201**B is illustrated in FIG. **19**, and the fully expanded position **201**A is illustrated in FIG. **18**. In one embodiment, the legs enable the adapter base to vary in diameter between 2.6" to 3.8".

FIG. **20** shows a manufacturer-installed cupholder **300** in a vehicle showing a lid **301** partially blocking the cupholder. Referring now to FIGS. **5** and **20**, as previously mentioned, in this situation the cupholder **100** can be offset from the adapter base **200** such that their axes are not aligned. In this way, the cupholder **100** can avoid the obstruction of the lid **301**.

FIG. **21** shows a manufacturer-installed deep cupholder **400** in a vehicle. Referring now to FIGS. **21-24**, when faced with a deep cupholder **400**, more spacers can be used to extend the distance between the adapter base **200** and cupholder **100**. FIG. **22** shows two spacers **202**A and **202**B installed. Likewise, FIG. **23** shows three spacers **202**A, **202**B, and **202**C used. In one embodiment, the spacers are attached to the adjacent spacer via mechanical hardware, such a screw or bolt. In some embodiments, one screw or bolt may be used to join the multiple spacers. The number of spacers can be selected depending on the depth of the existing cupholder.

As one skilled in the art can appreciate, the present invention is adaptable for a variety of existing cupholder situations. Only a few exemplary existing cupholders were shown, but it should be understood that the present invention can be modified to accommodate approximately all of the existing cupholders on the market in a vehicle, wherein the

US 11,772,539 B2

7

vehicle includes cars, trucks, buses, golf carts, etc. while providing stability for the beverage.

Although the invention has been described in considerable detail in language specific to structural features, it is to be understood that the invention defined in the appended claims is not necessarily limited to the specific features described. Rather, the specific features are disclosed as exemplary preferred forms of implementing the claimed invention. Stated otherwise, it is to be understood that the phraseology and terminology employed herein, as well as the abstract, are for the purpose of description and should not be regarded as limiting. Therefore, while exemplary illustrative embodiments of the invention have been described, numerous variations and alternative embodiments will occur to those skilled in the art. Such variations and alternate embodiments are contemplated, and can be made without departing from the spirit and scope of the invention. For instance, although a screw gear is used to facilitate the functionality of the expandable and retractable legs, other methods may be used.

It should further be noted that throughout the entire disclosure, the labels such as left, right, front, back, top, bottom, forward, reverse, clockwise, counter clockwise, up, down, or other similar terms such as upper, lower, aft, fore, vertical, horizontal, oblique, proximal, distal, parallel, perpendicular, transverse, longitudinal, etc. have been used for convenience purposes only and are not intended to imply any particular fixed direction or orientation. Instead, they are used to reflect relative locations and/or directions/orientations between various portions of an object.

In addition, reference to "first," "second," "third," and etc. members throughout the disclosure (and in particular, claims) are not used to show a serial or numerical limitation but instead are used to distinguish or identify the various members of the group.

What is claimed is:

**1**. A cupholder adapter configured for use with an existing cupholder on a vehicle, the cupholder adapter comprising:

a cylindrical cupholder having a hollow internal volume;

a collar attached to a top portion of the cylindrical cupholder, wherein the collar includes a plurality of tabs extending perpendicularly into the hollow internal volume;

8

an adapter base coupled to the cylindrical cupholder, wherein the adapter base includes a plurality of legs configured to expand and retract such that the diameter of the adapter base is configured to expand from a minimum diameter to a maximum diameter;

an attachment member positioned on a bottom surface of the cylindrical cupholder, wherein the attachment member enables the coupling of the adapter base and the cylindrical cupholder; and,

wherein the attachment member comprises a number of mounting holes and the adapter base or a spacer comprises a number of protrusions, at least one protrusion of the number of protrusions having a hole, wherein a mounting hole of the number of mounting holes is configured to align with the hole such that a fastener can extend through the mounting hole and the hole of the at least one protrusion of the number of protrusions.

**2**. The cupholder adapter of claim **1**, wherein the plurality of legs are configured to expand and retract via rotation of the cupholder.

**3**. The cupholder adapter of claim **1**, wherein the cylindrical cupholder is configured to be coupled to the adapter base in a variety of configurations including at least (a) the cylindrical cupholder's axis is aligned with the adapter base's axis; and (b) the cylindrical cupholder's axis is not aligned with the adapter base's axis.

**4**. The cupholder adapter of claim **1**, wherein the number of mounting holes of the attachment member enable multiple configurations of the cylindrical cupholder in relation to the adapter base including an aligned configuration and off-set configuration.

**5**. The cupholder adapter of claim **1**, further comprising at least one spacer positioned between the cylindrical cupholder and the adapter base.

**6**. The cupholder adapter of claim **2**, wherein a screw gear is provided to enable the movement of the plurality of legs via rotation.

**7**. The cupholder adapter of claim **1**, wherein the minimum diameter is 2.6 inches and the maximum diameter is 3.8 inches.

* * * * *

# EXHIBIT B


Chatbot

an 2 ∨    Did you know?     Example Sentences    Word History    Phrases Containing    Rhymes    En

# cantilever   1 of 2   noun

can·ti·le·ver   ˈkan-tə-ˌlē-vər 🔊 - ˌle-

Synonyms of *cantilever* ›

**:** a projecting beam or member supported at only one end: such as

**a :** a bracket-shaped member supporting a balcony or a cornice

**b :** either of the two beams or trusses that project from piers toward each other and that when joined directly or by a suspended connecting member form a span of a cantilever bridge

# cantilever   2 of 2   verb

**cantilevered; cantilevering; cantilevers**

*transitive verb*

**1 :** to support by a cantilever

    a *cantilevered* shelf

**2 :** to build as a cantilever

*intransitive verb*

**:** to project as a cantilever



Cantilevers hold up a surface or room without themselves being supported at their outer end. Many

### Top Lookups

Next refresh: 0

1   **Chargoggagoggmanchaug…**

2   **sapiosexual**

3   **complaisant**

4   **of**

5   **despots**

6   **fascism**

7   **jingoism**



Chatbot

in **2** ⌄   Did you know? 💡   Example Sentences   Word History   Phrases Containing   Rhymes   En

cantilevered construction to produce dramatic effects; Frank Lloyd Wright's "Fallingwater" house, which extends out over a rocky river, is a famous example. But the Grand Canyon's "Skywalk" has become perhaps the best-known piece of cantilevered construction in America.

See Definitions and Examples »

Get Word of the Day daily email!

Your email add    SUBSCRIBE

## Noun

The porch is supported by steel **cantilevers**.

## Verb

The balcony **cantilevers** over the terrace below.

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

### Noun

In structural terms, a **cantilever** is a beam or slab anchored at only one end, allowing for horizontal overhangs that appear to float.
– Soo Kim, *MSNBC Newsweek*, 5 Oct. 2025

Could the tower **cantilever** entirely over the corner housing the new church?
– Oscar Holland, *CNN Money*, 15 Aug. 2025

### Verb

Time hits differently on the Aeolians, particularly on sleepy Salina, whose volcanic slopes are carpeted in wild capers and whose lava-houses and fishing villages appear **cantilevered** over the cliffs, with views of a smoking Stromboli.

Merriam-Webster

Chatbot

n **2** ⌄     Did you know? 💡     Example Sentences     Word History     Phrases Containing     Rhymes     En

– Felicia Feaster, *AJC.com*, 8 Jan. 2026

See All Example Sentences for *cantilever*

## Etymology

**Noun**

perhaps from CANT entry 4 + *-i-* + *lever*

## First Known Use

**Noun**

1667, in the meaning defined above

**Verb**

1865, in the meaning defined at transitive sense 1

## Time Traveler

**The first known use of *cantilever* was in 1667**

See more words from the same year

cantilever bridge

2/3/26, 1:58 PM
CANTILEVER Definition & Meaning - Merriam-Webster
 Case 2:23-cv-02503-DAD-JDP    Document 48-1    Filed 02/09/26    Page 30 of 41

Chatbot


n 2 ⌄    Did you know? 💡    Example Sentences    Word History    Phrases Containing    Rhymes    En

| whomsoever | whosoever |
|---|---|
| bever | clever |
| ever | haver |
| lever | never |

See All Rhymes for *cantilever*

cantilena        **cantilever**        cantilever arch

See All Nearby Words

**Style**    APA

Merriam-Webster. (n.d.). Cantilever. In *Merriam-Webster.com dictionary*. Retrieved February 3, 2026, from https://www.merriam-webster.com/dictionary/cantilever

⧉ Copy Citation

n **2** ⌄    Did you know? 💡    Example Sentences    Word History    Phrases Containing    Rhymes    En

**2**  : either of two beams or structures that stick out from
         piers toward each other and when joined form a span
         in a bridge

Thesaurus: All synonyms and antonyms for *cantilever*
Nglish: Translation of *cantilever* for Spanish Speakers
Britannica.com: Encyclopedia article about *cantilever*

Last Updated: 30 Jan 2026 - Updated example sentences

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands
more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

See More

5 Verbal Slip Ups        'Buck naked' or       More Words You       The Difference        What's the
and Language             'butt naked'?         Always Have to       Between 'i.e.'        difference
Mistakes                                       Look Up              and 'e.g.'            between
                                                                                          'cemetery' and
                                                                                          'graveyard'?



Chatbot

an **2** ⌄    Did you know? 💡    Example Sentences    Word History    Phrases Containing    Rhymes    En

**Words For Things You Didn't Know Have Names, Vol. 3**

**'Fascism': The Word's Meaning and History**

**The Words of the Week - Jan. 30**

**17 Words for Dog Breeds**

**Birds Say the Darndest Things**

**See All**



**Quordle**

Can you solve 4 words at once?

Play



**Blossom**

Pick the best words!

Play



**The Missing Letter**

A daily crossword with a twist

Play



**Challenging Standardized Test Words Quiz Vol. 3**

You're on your own for the math section.

Take the quiz

**Learn a new word every day. Delivered to your inbox!**

Your email address     SUBSCRIBE

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Privacy Policy  |  Terms of Use

Case 2:23-cv-02503-DAD-JDP     Document 48-1     Filed 02/09/26     Page 33 of 41



n **2** ∨     Did you know? 💡     Example Sentences     Word History     Phrases Containing     Rhymes     En

Chatbot

**EXHIBIT C**

< integrate ✕ 🔍

| Dictionary | Thesaurus |

# integrate *verb*

in·te·grate  ˈin-tə-ˌgrāt 🔊

**integrated; integrating**

*Synonyms of integrate* >

*transitive verb*

**1** : to form, coordinate, or blend into a functioning or unified whole : **UNITE**

**2 a** : to incorporate into a larger unit

 **b** : to unite with something else

**3 a** : **DESEGREGATE**

   *integrate* school districts

 **b** : to end the segregation of and bring into equal membership in society or an organization

**4** : to find the **integral** of (something, such as a function or equation)

*intransitive verb*

 : to become **integrated**

### Top Lookups

Next refresh: 19

**1** Chargoggagoggmanchaug…

**2** sapiosexual

**3** interdicted

**4** jingoism

**5** humble

**6** fascism

**7** freight

*Relevance*

incorporate          assimilate

Dictionary                                    Thesaurus

See Definitions and Examples »

Get Word of the Day daily email!

Your email add        SUBSCRIBE

The car's design successfully *integrates* art and technology.

She *integrates* elements of jazz and rock in her music.

They have resisted efforts to *integrate* women *into* the military.

Many immigrants have found it difficult to *integrate into* American culture.

a law requiring schools to *integrate*

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

Then the process of *integrating* SDF and Syrian government forces would begin.
– *Arkansas Online*, 31 Jan. 2026

To get there, though, many steps have to be taken, from the big ones, like making sure the Space Launch System (SLS) rocket and Orion crew capsule *integrate* perfectly, to the small ones, like ensuring each astronaut's suit fits comfortably.
– Kenna Hughes-Castleberry, *Space.com*, 30 Jan. 2026

The human body relies on a sensory network in which the nervous system receives and *integrates* signals from organs, such as the ears, eyes and tongue, as well as sensors throughout the body detecting things like pressure, temperature and balance.
– Miriam Fauzia, *Dallas Morning News*, 30 Jan. 2026

The earbuds are designed to *integrate* seamlessly with the user's life, thanks to a host of new technology and

‹

Dictionary                                          Thesaurus

## Etymology

Latin *integratus*, past participle of *integrare*, from *integr-*, *integer*

## First Known Use

circa 1586, in the meaning defined at transitive sense 1

## Time Traveler

**The first known use of *integrate* was circa 1586**

See more words from the same year

abdicate                        abrogate

acetate                         activate

actuate                         adsorbate

aggravate                       agitate

alginate                        alienate

allocate                        amputate

See All Rhymes for *integrate*



Dictionary                                          Thesaurus

**Style**   MLA

"Integrate." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/integrate. Accessed 3 Feb. 2026.

⧉ Copy Citation

# integrate verb

in·te·grate  ˈint-ə-ˌgrāt 🔊

**integrated; integrating**

1   **:** to form or unite into a whole

2   **:** to form or unite into a larger unit

    *especially* **:** to end the segregation of and bring into common and equal membership in society

3   **:** **DESEGREGATE**

    *integrate* school districts

4   **:** to become integrated



Dictionary                                              Thesaurus

in·te·grate    ˈint-ə-ˌgrāt 🔊

**integrated; integrating**

**:** to form or blend into a unified whole **:** cause to undergo

integration

an *integrated* personality

-ˌgrāt-ər 🔊   **noun**

# integrate verb

in·te·grate

**integrated; integrating**

*transitive verb*

**1**   **:** to form, coordinate, or blend into a functioning or
     unified whole

**2**   **:** to end the segregation of and bring into equal
     membership in society or an organization

*intransitive verb*

**:** to become integrated

Nglish: Translation of *integrate* for Spanish Speakers

Last Updated: 31 Jan 2026 - Updated example sentences

<

Dictionary                                        Thesaurus

more definitions and advanced search—ad free.

MERRIAM-WEBSTER UNABRIDGED

**See More**

**5 Verbal Slip Ups and Language Mistakes**

**'Buck naked' or 'butt naked'?**

**More Words You Always Have to Look Up**

**The Difference Between 'i.e.' and 'e.g.'**

**What's the difference between 'cemetery' and 'graveyard'?**

**See More**

**Words For Things You Didn't Know Have Names, Vol. 3**

**'Fascism': The Word's Meaning and History**

**The Words of the Week - Jan. 30**

**17 Words for Dog Breeds**

**Birds Say the Darndest Things**

**See All**



Dictionary                                                      Thesaurus

### Quordle

Can you solve 4 words at once?

Play

### Blossom

Pick the best words!

Play

### The Missing Letter

A daily crossword with a twist

Play

### Challenging Standardized Test Words Quiz Vol. 3

You're on your own for the math section.

Take the quiz

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Privacy Policy  |  Terms of Use

© 2026 Merriam-Webster, Incorporated