1  Alexander Chen [SBN 245798]
   Alexc@inhouseco.com
2  Theodore S. Lee [SBN 281475]
   Tlee@inhouseco.com
3  **INHOUSE CO. LAW FIRM**
   7700 Irvine Center Drive, Suite 800
4  Irvine, CA 92618
   Telephone:  949-250-1555
5  Facsimile:   714-882-7770

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| TOPFIRE LIMITED, a foreign company; HK MIUSON INTERNATIONAL CO., LIMITED, a foreign company; JIANGGONGXIUSHENZHENGUOJI-MAOYIYOUXIANGONGSI, a foreign company; and SHENZHENSHILINGBINQIPEI-YOUXIANGONGSI, a foreign company.<br><br>    Plaintiffs,<br><br>v.<br><br>BENJAMIN D. COOK, an individual; and DOES 1 through 10, inclusive.<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:23-cv-02503-DAD-JDP<br>Hon. Dale A. Drozd<br>(Assigned to Magistrate Judge J. D. Peterson)<br><br>**DECLARATION OF ALEXANDER CHEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE OR LIMIT TESTIMONY OF DEFENDANT'S EXPERT AMIR SADJADPOUR**<br><br>**Hearing:** April 20, 2026, 1:30 p.m. before Hon. Dale A. Drozd (Zoom) |

1

DECLARATION OF ALEXANDER CHEN ISO OF REPLY

I, Alexander Chen, declare as follows:

1. I am an attorney with InHouse Co. Law Firm and counsel of record for Plaintiffs in this action. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to those facts.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Motion to Exclude or Limit Testimony of Defendant's designated expert Amir Sadjadpour (the "Motion"). This declaration is submitted solely to authenticate the attached.

3. Attached hereto as **Exhibit 1** are true and correct excerpts of the deposition transcript of Defendant's expert, Amir Sadjadpour, taken on November 12, 2025. The excerpts are true and correct copies from the certified transcript provided by the court reporter. The excerpts include the cover page, the certification page, and the following:

    (a) 8:4–12 (remote location: witness is in his home office)

    (b) 35:2–11 (expert lacks product; "ask counsel")

    (c) 37:2–40:9 (does not have item; returned to counsel; did not request it back)

    (d) 43:18–20 (claims ASIN ends in "8Y")

    (e) 45:1–4; 45:9–21 (admits not sure / does not remember which ASIN)

    (f) 50:1–50:4 (relied only engineering experience)

    (g) 58:16–21 (method: "by hand" tried removing/detaching tab)

    (h) 62:6–63:7 (uses dictionary to define "integrate")

    (i) 67:11–15 (dictionary definition / "integrated = joined together")

    (j) 69:5–70:10 (no teardown; tried to detach "without breaking")

    (k) 80:9–22 (tab appears "glue welding"; no tear-down confirmation)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2026 at Irvine, California.

                                        /s/ Alexander Chen
                                        Alexander Chen